Case 15-28859-JKO    Doc 56    Filed 02/13/18    Page 1 of 4



ORDERED in the Southern District of Florida on February 12, 2018.

John K. Olson, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                                        CASE NO. 15-28859-BKC-JKO

ELAINE M. BROWN,                               In proceedings under Chapter 13
                                                                  BROWARD DIVISION
        DEBTOR.
_____/

### ORDER GRANTING MOTION FOR AUTHORIZATION FOR DEBTOR TO SELL HOMESTEAD PROPERTY

THIS CAUSE having come before the Court on the 5th day of February, 2018 on the Debtor's Motion for Authorization for Debtor to Sell Homestead Property (D.E. 40), and the Court based on the record and being otherwise fully advised in the premises, it is therefore:

ORDERED AND ADJUDGED as follows:

1. The Debtor's Motion for Authorization to Sell Homestead Property is GRANTED;

2. The Debtor may sell the property located at 3399 Foxcroft Rd., #212, Miramar, FL 33025 and described as Miramar Club #4 Condo Unit 212HWSW;

3. The sale of the foregoing property is contingent on the final approval of the Secured Creditors; and

4. The sale will not affect the current treatment of the allowed unsecured creditors.

###

Submitted By:

Robert J. Bigge, Jr., Esq.
Florida Bar #906610
915 Middle River Dr, #401
Ft Lauderdale, FL 33304
(954)400-7322 Phone
(954)400-5449 Fax
email: brpa@biggerodriguez.com


Attorney Robert J. Bigge, Jr. is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 15-28859-JKO<br>Southern District of Florida<br>Fort Lauderdale<br>Fri Jan 19 10:52:10 EST 2018 | Federal National Mortgage Association<br>c/o Nirvani D. Singh, ESQ<br>Robertson, Anschutz, & Schneid<br>6409 Congress Ave.<br>Suite 100<br>Boca Raton, FL 33487-2853 | Wells Fargo Bank, N.A.<br>3476 Stateview Blvd<br>Ft Mill, SC 29715-7200 |
| Atty General of the US<br>950 Pennsylvania Ave NW, #4400<br>Washington, DC 20530-0001 | Capital One Bank (USA). N.A<br>P.O. Box 71083<br>Charlotte, NC 28272-1083 | Complete Collection Service<br>1007 N Federal Hwy #280<br>Ft Lauderdale, FL 33304-1422 |
| Homes At Lawrence<br>c/o Mara Alyson, Esq.<br>312 SE 17 St 2 FL<br>Ft Lauderdale, FL 33316-2524 | Hyundai Lease Titling Trust<br>PO Box 20825<br>Fountain Valley, CA 92728-0825 | Inphynet South Broward, Inc<br>P.O Box 740022<br>Cincinnati, OH 45274-0022 |
| Internal Revenue Service<br>POB 7346<br>Philadelphia, PA 19101-7346 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Madza Capital Services<br>C/O Chase<br>P.O. Box 78069<br>Phoenix, AZ 85062-8069 |
| Mara Alyson<br>The Law Office of Mara Alyson<br>11760 West Sample Road<br>Suite 105<br>Coral Springs, FL 33065-3199 | Memorial Healthcare System<br>P.O Box 538488<br>Atlanta, GA 30353-8488 | Memorial Healthcare System<br>P.O. Box 538522<br>Atlanta, GA 30353-8522 |
| Merrick Bank<br>P.O. Box 660702<br>Dallas, TX 75266-0702 | Miramar Club Condo Association<br>3399 Foxcroft Road<br>Miramar, FL 33025-4195 | Miramar Club Condominium<br>Association, Inc.<br>C/O The Law Offices of Mara Alyson<br>312 SE 17 St 2 floor<br>Ft Lauderdale, FL 33316-2524 |
| Miramar Club Condominium Association, Inc.<br>c/o Mara Alyson PA<br>11760 W. Sample Road<br>Suite 105<br>Coral Springs, FL 33065-3199 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Pathology Consultants South Broward<br>P.O Box 917920<br>Orlando, FL 32891-0001 |
| Radiology Associates of Hollywood<br>9050 Pines Blvd., Suite 200<br>Pembroke Pines, Fl 33024-6456 | TD Bank USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Target Card Services<br>P.O Box 660170<br>Dallas, TX 75266-0170 |
| US Attorney<br>Southern District of Florida<br>99 NE 4 St<br>Miami, FL 33132-2131 | Wells Fargo Bank, N.A.<br>Attention: Bankruptcy Department<br>MAC# D3347-014<br>3476 Stateview Blvd<br>Fort Mill, SD 29715-7203 | Wellsfargo Home Mortgage<br>P.O. Box 105693<br>Atlanta, GA 30348 5693 |
| Elaine M. Brown<br>3399 Foxcroft Rd #212<br>Miramar, FL 33025-4111 | Mara Alyson<br>Saavedra Goodwin<br>312 SE 17th Street<br>2nd Floor<br>Fort Lauderdale, FL 33316-2524 | Robert J. Bigge Jr. Esq<br>915 Middle River Drive #401<br>Fort Lauderdale, FL 33304-3560 |

```
Robin R Weiner                      End of Label Matrix
www.ch13weiner.com                  Mailable recipients    30
POB 559007                          Bypassed recipients     0
Fort Lauderdale, FL 33355-9007      Total                  30
```